IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA )        Case No.  4:09CR3091
                          )
              Plaintiff,  )              ORDER
                          )        TO WITHDRAW EXHIBITS
        vs.               )        OR TO SHOW CAUSE WHY
                          )        EXHIBITS SHOULD NOT BE
                          )              DESTROYED
JAKTINE ALPHONSO MOORE and )
JOBITA WILLETTA AVERY      )
              Defendant.   )

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

All exhibits from all hearings and the trial held in this case.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 18th day of October, 2011.

s/ *Richard G. Kopf*
United States District Judge